IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ANGIE SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF MISSOULA, MISSOULA COUNTY SHERIFF'S OFFICE CAPT. WILLIAM BURT, and AMY BLIXT,<br><br>Defendants. | CV 16–140–M–DLC<br><br>ORDER |

**FILED**

MAY 0 2 2017

Clerk, U.S. District Court
District Of Montana
Missoula

On May 20, 2017, the Court dismissed Defendant William Burt with prejudice, pursuant to a stipulation between the parties. On May 1, 2017, the parties filed a Joint Stipulation of Dismissal of County of Missoula and Amy Moore, f/k/a Amy Blixt (Doc. 16). Accordingly,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees. All deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for April 2, 2018, is VACATED.

DATED this 2nd day of May, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court